COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                                 NO. 2-09-339-CV

 

 

IN RE TARGA RESOURCES
INVESTMENTS INC.                              RELATORS

AND GILBERTO
G. PENA

                                                       ------------

                                           ORIGINAL
PROCEEDING

                                                       ------------

                                      MEMORANDUM OPINION[1]

                                                       ------------

We have considered ARelators= Voluntary Dismissal Motion.@ 
It is the court=s opinion that the motion should be
granted; therefore, we dismiss this original proceeding.

Relators shall pay all costs of this original proceeding, for which let
execution issue.

PER CURIAM

 

PANEL:  MEIER, LIVINGSTON, and MCCOY, JJ.

DELIVERED: 
March 29, 2010











    
[1]See
Tex. R. App. P. 47.4.